08 - CV - 00708-BNB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00205-WDM-BNB

LESLIE ROUSSEAU,

    Plaintiff,

v.

BANK OF NEW YORK,
BRYAN S. BLUM REGISTRATION NO. 34949,
THE LAW FIRM OF CASTLE, MEINHOLD, & STAWIARSKI, LLC, and
ANNA MARIA PETERS-RUDDICK, In her Personal and Official Capacity as Public
    Trustee,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 7 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 19, 2008, Ms. Leslie Rousseau submitted a document to the Court titled, "Notice of Removal to U.S. District Court," (Doc. No. 11). The Notice was filed in the instant action, Ms. Rousseau's pending case. The Notice of Removal more properly is filed as a separate action. The Clerk of the Court is instructed to strike the Notice of Removal, (Doc. No. 11), filed in the instant action and initiate a new action by placing a copy of the Notice of Removal in the new action.

Dated: April 7, 2008

Copy of this Minute Order mailed on April 7, 2008, to the following:

Leslie Rousseau
1100 S. Moline Street
Aurora, CO 80012

Secretary/Deputy Clerk