

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2008

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00708-BNB
(Removal from Denver District Court for the State of Colorado, Bank of New York v. Leslie Rousseau, et al., Case No. 08CV243)

LESLIE ROUSSEAU,

      Plaintiff (Defendant below),

v.

BANK OF NEW YORK, As Trustee for the Certificate Holders, CWABS II, Inc. LFT 2005-04,

      Defendant (Plaintiff below).

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted to this Court a document titled, "Notice of Removal to the U.S. District Court."  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the Notice of Removal is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   <u>X</u>   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   ___   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   ___   An original and a copy have not been received by the court.
                     Only an original has been received.

(9)    X     other  If Plaintiff elects to pay the $350.00 filing fee a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is not required

**Complaint or Petition:**
(10)   __    is not submitted
(11)   __    is not on proper form (must use the court's current form)
(12)   __    is missing an original signature by the Plaintiff
(13)   __    is incomplete
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    An original and a copy have not been received by the court.  Only an original has been received.
(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __    names in caption do not match names in text
(18)   __    other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 14, 2008, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00708-BNB

Leslie Raousseau
1100 S. Moline Street
Aurora, CO 80012

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 4-10-08

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk