FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00708-BNB
(Removal from Denver District Court for the State of Colorado, Bank of New York v.
Leslie Rousseau, et al., Case No. 08CV243)

LESLIE ROUSSEAU,

      Plaintiff, (Defendant Below)

v.

BANK OF NEW YORK, As Trustee for the Certificate Holders, CWABS II, Inc. LFT
2005-04,

      Defendant (Plaintiff Below).

---

## ORDER

---

On April 16, 2008, Plaintiff was instructed to submit a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the filing fee

in full. Rather than complying with the April 16, 2008, Order, Plaintiff filed a Letter with

the Court asking for a waiver of payment of the filing fee and of the requirement to

submit a Motion and Affidavit.

Pursuant to 28 U.S.C. § 1915(a), a federal district court "may authorize the

commencement . . . of any suit [or] action . . . without prepayment of fees or security

therefor, by a person who submits an affidavit that includes a statement of all assets

such [person] possesses that the person is unable to pay such fee or give security

therefor." Section 1915(a) applies to all persons applying for *in forma pauperis* status.

*See Lister v. Dep't of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005). This Court,

however, may deny leave to proceed pursuant to § 1915 if a plaintiff fails to fill out the

proper forms or to otherwise provide the Court with requisite information. *See id.* at 1313.

The information provided by Plaintiff in the May 15 Letter only addresses two sources of income and does not provide the information that is requested on the Court-approved form. Plaintiff refers to expenses in general in the Letter but does not provide the specific information that is requested on the Court-approved form regarding monthly expenses. Furthermore, the Letter is not notarized or sworn to as being true and correct as is required under 28 U.S.C. § 1746.

The Court, therefore, will deny Plaintiff's request for a waiver and direct him to properly complete and file the Motion and Affidavit form that was sent to him by the Clerk of the Court or in the alternative pay the filing fee. Accordingly, it is

ORDERED that Plaintiff's request for a waiver of the filing fee and of the requirement to submit to the Court a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 10), is DENIED. It is

FURTHER ORDERED that Plaintiff shall have an additional fifteen days from the date of the instant Order to comply. It is

FURTHER ORDERED that if Plaintiff fails to comply the action will be remanded to the state court.

DATED May 19, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00708-BNB

Leslie Raousseau
1100 S. Moline Street
Aurora, CO 80012

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/19/08

                                    GREGORY C. LANGHAM, CLERK

                           By:_____
                                    Deputy Clerk