IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00708-BNB
(Removal from District Court, Arapahoe County, Colorado, Bank of New York v. Leslie Rousseau, Case No. 08CV329)

LESLIE ROUSSEAU,

    Plaintiff, (Defendant Below),

v.

BANK OF NEW YORK, As Trustee for the Certificate Holders, CWABS II, Inc. LFT 2005-04,

    Defendant (Plaintiff Below).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER FOR SUMMARY REMAND

---

Plaintiff Leslie Rousseau, a resident of Aurora, Colorado, has filed a *pro se* Notice of Removal. On April 16, 2008, Magistrate Judge Boyd N. Boland entered an order instructing Plaintiff to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative to pay the filing fee in full. Finally, on June 13, 2008, Mr. Rousseau filed a properly notarized Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Court will grant Mr. Rousseau's Motion for leave to proceed pursuant to § 1915.

At issue in the instant action is a Notice of Removal by Mr. Rousseau, in which he claims that Defendant has violated the Federal Fair Debt Collections Act and failed to comply with the notice provisions of Colo. R. Civ. P. 120 in the state action he is attempting to remove to this Court. He further contends that in violation of his due process rights the state court has set an expedited proceeding for an eviction prior to a

lawful adjudication of Plaintiff's title claims to the property from which he is being evicted.

On April 9, 2008, Defendant Bank of New York filed a timely Motion to Remand. In the Motion, Defendant asserts that under 28 U.S.C. § 1446(b) Plaintiff's Notice of Removal is deficient and the case must be remanded to state court. Defendant contends that the Notice is not timely and that Plaintiff fails to assert federal claims regarding the forcible entry and detainer (FED) action, which is at issue in the state court case Plaintiff seeks to remove.

In his response to Defendant's Motion to Remand, Plaintiff asserts that he was not notified until February 28, 2008, that the FED action would be set for trial. He further asserts that the FED hearing, in violation of his due process rights, will not address his title claims.

The Court finds that the state court action at issue is the FED action that Defendant filed on January 31, 2008, in Case No. 2008C302042 in Arapahoe Court. Plaintiff concedes that on February 2, 2008, he received notice of the FED action being filed. Plaintiff also filed an answer on February 7, 2008, in the FED action, and requested that the action be transferred to the state district Court. Plaintiff did not file the Notice of Removal in this Court until March 19, 2008.

Plaintiff waited forty-six days after receiving notice of the initial pleading in the action he is attempting to remove to this Court before filing his Notice of Removal in this Court. Therefore, pursuant to 28 U.S.C. § 1446(c)(4) the Court will remand the action to state court. Because the action will be summarily remanded to state court, this Court

will refrain from addressing the substance of Plaintiff's due process claims. Accordingly, it

ORDERED that Plaintiff is granted leave to proceed pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that this action is remanded summarily to the District Court, Arapahoe County, Colorado. It is

FURTHER ORDERED that the Clerk of this Court shall mail a certified copy of this Order to the Clerk of the District Court, Arapahoe County, at 7325 S. Potomac St., Centennial, Colorado 80112. It is

FURTHER ORDERED that all pending motions are DENIED.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00708-BNB

Leslie Rousseau
1100 S. Moline Street
Aurora, CO 80012

Clerk of the District Court
Arapahoe County
7325 S. Potomac Street
Centennial, CO 80112

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk